Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−20415−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael A. Coppertino
   3301 Route 9, South Unit 8
   Rio Grande, NJ 08242

Social Security No.:
   xxx−xx−8111

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/23/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 23, 2018
JAN: bc

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-20415-ABA
Michael A. Coppertino                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Aug 23, 2018
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db              +Michael A. Coppertino,    3301 Route 9, South Unit 8,    Rio Grande, NJ 08242-1636
517547477       +Deville Mgmt,    Attn: Bankruptcy,    Po Box 1987,    Colleyville, TX 76034-1987
517597445       +Northeastern Title Loans, LLC,    3440 Preston Ridge Rd., Ste 500,    Alpharetta, GA 30005-3823
517547480       +Nu 2 U Auto,    105 White Horse Pike,    Clementon, NJ 08021-4154
517552151       +VW Credit Inc. dba Audi Financial Services,    PO Box 9013,    Addison, Texas 75001-9013
517572631       +VW Credit Inc. dba Audi Financial Services,    KML Law Group, P.C.,
                 216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517547482       +Waypoint,    301 Sundance Pkwy,    Round Rock, TX 78681-8004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2018 23:27:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2018 23:27:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517547475       +EDI: WFNNB.COM Aug 24 2018 03:04:00      Comenitycapital/forev2,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517547476       +EDI: CCS.COM Aug 24 2018 03:03:00      Credit Collections Services,    Attention: Bankruptcy,
                 725 Canton Street,    Norwood, MA 02062-2679
517658145       +EDI: AIS.COM Aug 24 2018 03:03:00      Directv, LLC,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517547478       +EDI: AMINFOFP.COM Aug 24 2018 03:04:00      First Premier Bank,    Po Box 5524,
                 Sioux Falls, SD 57117-5524
517651413        EDI: RESURGENT.COM Aug 24 2018 03:04:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517547479       +EDI: RESURGENT.COM Aug 24 2018 03:04:00      LVNV Funding/Resurgent Capital,    Po Box 10497,
                 Greenville, SC 29603-0497
517665016       +EDI: JEFFERSONCAP.COM Aug 24 2018 03:03:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517659763        EDI: Q3G.COM Aug 24 2018 03:05:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517549317       +EDI: RMSC.COM Aug 24 2018 03:04:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517566666       +EDI: AIS.COM Aug 24 2018 03:03:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517547481       +E-mail/Text: vci.bkcy@vwcredit.com Aug 23 2018 23:27:28      Volkswagen Credit, Inc,    Po Box 3,
                 Hillsboro, OR 97123-0003
                                                                                                TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francis P. Cullari    on behalf of Debtor Michael A. Coppertino cullari@comcast.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Aug 23, 2018
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Rebecca Ann Solarz    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                      TOTAL: 6